IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12CR3139 |
| vs. | ORDER |
| MARCUS ANTONIO NAVEJAR, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's Motion to Dismiss (Filing 100) the Petition for Offender Under Supervision (Filing 71) is granted. The September 9, 2020 Violation of Supervised Release hearing is canceled.

Dated this 27th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge